```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     MICHAEL SPAZIANO, ET AL

                         Plaintiff(s)

       -vs-                                    04-CV-6036T

     NIAGARA MOHAWK POWER CORPORATION,
     ET AL

                         Defendant(s)
_____
```

       The parties having electronically filed a Stipulation of Discontinuance as to defendants Niagara Mohawk Power Corporation and Credit Bureau Services of New York on February 13, 2006, it is hereby,

       ORDERED, that the above action is hereby dismissed with prejudice as to defendants Niagara Mohawk Power Corporation and Credit Bureau Services of New York only.

       SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge
```

Dated: February 14, 2006