```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     MICHAEL SPAZIANO, et al

                         Plaintiff(s)

        -vs-                                    04-CV-6036T


     NIAGARA MOHAWK POWER CORPORATION, ET AL

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation of Dismissal as to defendant Experian Information Solutions, Inc. on March 24, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice to Experian Information Solutions, Inc. only.

SO ORDERED.

                                          S/ MICHAEL A. TELESCA
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated: March 27, 2006