# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL SPAZIANO and FAITH SPAZIANO, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>NIAGARA MOHAWK POWER CORPORATION,)<br>*et al.,* )<br>Defendants. )<br>) | Case no.: 6:04-CV-6036 (MAT) |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and the Defendant, Equifax Information Services LLC, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice as against the Defendant, Equifax Information Services LLC only. Each party hereto to bear its own costs and attorney's fees.

Respectfully submitted this   27th   day of March , 2006.

| | |
|---|---|
| s/ Edward A. Wurtz | s/ Lewis P. Perling |
| Edward A. Wurtz, Esq. | Lewis P. Perling, Esq. |
| Gallo & Iacovangelo, LLP | Kilpatrick Stockton, LLP |
| 39 State Street, Suite 700 | 1100 Peachtree Street, Suite 2800 |
| Rochester, NY 14614 | Atlanta, GA 30309-4530 |
| (585) 454-7145; (585) 454-2102 | (404) 815-6199; Fax: (404) 541-3336 |
| email: edwardwurtz@gallolaw.com | email: LPerling@KilpatrickStockton.com |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>Equifax Information Services LLC |

SO ORDERED

DATED: March 28, 2006                                         S/ MICHAEL A. TELESCA
                                                                                    Michael A. Telesca, U.S.D.J.

P:\MELISSA\03-7495.stp2.wpd